**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward BESS, Sr., a.k.a. William Edward Bess, Defendant–Appellant.**

**No. 05–15931**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 19, 2006.

Cain Smith, Brunswick, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

John Ossick, Jr., appointed counsel for Edward Bess in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Bess's conviction and sentence is AFFIRMED.